ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

Larry Watson
Trial Attorney
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
E-Mail: Larry.Watson@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Troy D. Stafford, and, | ) | Case No. 2:22-bk-00609-EPB |
| Xochitl B. Stafford, | ) | |
| | ) | NOTICE OF APPEARANCE AND REQUEST |
| Debtor(s). | ) | FOR NOTICE |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated trial attorney for the United States Trustee in the above-captioned case. Please direct all notices and filings filings to Larry Watson Trial Attorney, Office of the United States Trustee, 230 N. First Ave, Suite 204, Phoenix, Arizona, 85003 and to Larry.Watson@usdoj.gov for electronic notices.

Respectfully Submitted,

ILENE J. LASHINSKY
United States Trustee
District of Arizona

Dated   February 1, 2022        /s/Larry Watson
                                Larry Watson
                                Trial Attorney
                                District of Arizona

| | |
|---|---|
| 1 | COPY of the foregoing served via electronic mail |
| 2 | February 1, 2022<br>to all parties listed below: |
| 3 | |
| 4 | Kenneth L. Neeley<br>Neeley Law Firm, PLC<br>1120 S Dobson Rd, Ste 230 |
| 5 | Chandler, AZ 85286<br>Email:  ecf@neeleylaw.com |
| 6 | Attorney for Debtor(s) |
| 7 | /s/ Dale S. Griffiths<br>Dale S. Griffiths |
| 8 | |