ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA # 193531)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Larry.Watson@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TROY D. STAFFORD and<br>XOCHITL B. STAFFORD,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:22-bk-00609-EPB<br><br>UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME FOR FILING SECTION 727 OBJECTION TO DISCHARGE |

The United States Trustee ("**UST**"), by and through the undersigned counsel, files this *Motion for Extension of Time for Filing Section 727 Objection to Discharge* and respectfully shows the following:

MEMORANDUM OF POINTS AND AUTHORITIES

Debtors, Troy D. Stafford and Xochitl B. Stafford ("Debtors"), initially filed their voluntary Chapter 11 Subchapter V bankruptcy petition, on January 31, 2022. The case was then converted to a chapter 7 proceeding at the request of the Debtors on March 14, 2022. Due to various circumstances surrounding the appearances of the Staffords at the regularly scheduled §341 meeting of creditors, the Debtors

stipulated to the extension of the deadlines, pursuant to Fed. R. Bankr. P. 4004(a), and by Fed. R. Bankr. P. 4007(c) for filing complaints under 11 U.S.C. §§ 523 and 727 to July 25, 2022. D.E. 103. This request to extend that deadline is being filed before the expiration of the current deadline.

The UST is in the process of investigating the pre-petition conduct of the Debtors and the veracity of the Debtors' schedules and related statements filed with this Court. D.E. Nos. 41, 89, 90, 95, 96 and 97. The UST is currently in the process of determining whether to pursue a Rule 2004 Motion to seek additional documents and testimony of the Debtors, including Xochitl Stafford who was excused from providing testimony due to her medical condition at the time of the §341 meeting.

Accordingly, the UST requests that the Court grant the UST a sixty-day extension of time to file a complaint under § 727. Fed. R. Bankr. 4004(a) authorizes the Court to extend the time for filing objections to discharge under § 727 if cause for such extension is shown. The Debtors have an extensive and complicated business history, which has resulted in a myriad of charges of wrongdoing by creditors resulting in numerous default judgments against them. The UST requires more time to review and examine the complex business dealings of the Debtors and their assets. The Debtors will not be prejudiced by this extension, as the case is still in the early stages of the bankruptcy administration.

The UST anticipates that she will need at least sixty days to complete her investigation of this case, which may include examining and obtaining documents

from the Debtors. Accordingly, the UST requests that the UST's deadline for filing a § 727 objection to discharge be extended to and including September 25, 2022.

WHEREFORE the UST respectfully requests that this Court grant this motion and grant any other relief the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this 22nd day of July, 2022.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ LLW (CA # 193531)
_____
LARRY L. WATSON
Trial Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | This is to certify that on July 22, 2022, a copy of the foregoing pleading was served on the Debtor's counsel by electronically mailing at the email address listed below via the Court's ECF system and on the Debtors at their address below: |
| 4 | |
| 5 | |
| 6 | **KENNETH L NEELEY** |
| 7 | Neeley Law Firm, Plc |
| | 1120 S. Dobson Rd., Ste. 230 |
| 8 | Chandler, AZ 85286 |
| | Email: ecf@neeleylaw.com |
| 9 | |
| 10 | |
| 11 | **TROY D. STAFFORD** |
| | **XOCHITL B. STAFFORD** |
| 12 | 10115 E. BELL RD., STE. 107-478 |
| | SCOTTSDALE, AZ 85260 |
| 13 | |
| 14 | /s/ Larry L. Watson |
| 15 | _____ |
| | LARRY L. WATSON |
| 16 | Trial Attorney |
| | 230 North First Ave., Suite 204 |
| 17 | Phoenix, Arizona 85003-1706 |
| | Telephone: (602) 682-2607 |
| 18 | Facsimile: (602) 514-7270 |
| 19 | Email: Larry.Watson@usdoj.gov |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |